UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
JACKSON, ANNIE L.                   §     Case No. 14-18756 DRC
JACKSON, KERRY L.                   §
                                    §
                                    §
             Debtor(s)              §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/GINA B. KROL_____
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 14-18756 DRC Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: | JACKSON, ANNIE L. | Date Filed (f) or Converted (c): 05/19/14 (f) |
| | JACKSON, KERRY L. | 341(a) Meeting Date: 06/17/14 |
| For Period Ending: | 05/27/15 | Claims Bar Date: 12/29/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOUSE: 2123 SOUTH 24TH AVENUE, BROADVIEW, IL 60155 | 90,000.00 | 0.00 | | 0.00 | FA |
| 2. CONDO: 2900 MAPLE AVENUE, UNIT 20 C, DOWNERS GROVE | 30,000.00 | 32,560.00 | | 32,560.00 | FA |
| 3. VACANT LAND: 2.3 ACRES, OWN OUTRIGHT. LOCATED IN R | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS | 100.00 | 0.00 | | 0.00 | FA |
| Personal Checking: JP Morgan Chase Bank, PO Box 659732, San Antonio, TX 78265 Account: -6954 | | | | | |
| 5. FINANCIAL ACCOUNTS | 100.00 | 0.00 | | 0.00 | FA |
| Personal Checking: Account No.: -4327 JP Mortgage Chase Bank, PO Box 659732, San Antonio, TX 78265 | | | | | |
| 6. FINANCIAL ACCOUNTS | 30.00 | 0.00 | | 0.00 | FA |
| Personal Checking Account: Auburn Bank, PO Box 3110, Auburn, AL Acct. No.: -1452 | | | | | |
| 7. HOUSEHOLD GOODS | 200.00 | 0.00 | | 0.00 | FA |
| Used electronics, tables, chairs, sofa, bed | | | | | |
| 8. HOUSEHOLD GOODS | 300.00 | 0.00 | | 0.00 | FA |
| Used and second hand bedroom and living room furnishings and appliances. | | | | | |
| 9. BOOKS / COLLECTIBLES | 25.00 | 0.00 | | 0.00 | FA |
| Used books, family pictures, knick knacks | | | | | |
| 10. WEARING APPAREL | 150.00 | 0.00 | | 0.00 | FA |
| Used seasonal clothing, shoes, and outerwear. | | | | | |
| 11. PENSION / PROFIT SHARING | 156,000.00 | 0.00 | | 0.00 | FA |
| IRA Pension: JP Morgan Chase Bank, PO Box 659732, San Antonio, TX 78265: Account No. - 2493 | | | | | |
| 12. VEHICLES | 10,000.00 | 0.00 | | 0.00 | FA |
| 2010 GMC Terrain | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 14-18756   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | JACKSON, ANNIE L. | Date Filed (f) or Converted (c): | 05/19/14 (f) |
|  | JACKSON, KERRY L. | 341(a) Meeting Date: | 06/17/14 |
|  |  | Claims Bar Date: | 12/29/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. VEHICLES  2011 Buick Lucerne | 12,000.00 | 0.00 |  | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $300,405.00 | $32,560.00 | $32,560.00 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims

October 22, 2014, 12:19 pm

Trustee negotiated right, title and interest sale of equity in r/e

September 25, 2014, 02:18 pm


Initial Projected Date of Final Report (TFR): 12/31/15      Current Projected Date of Final Report (TFR): 12/31/15


      /s/      GINA B. KROL
_____ Date: 05/27/15
      GINA B. KROL

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-18756 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | JACKSON, ANNIE L. | | Bank Name: | ASSOCIATED BANK |
| | JACKSON, KERRY L. | | Account Number / CD #: | *******7699  Checking Account |
| Taxpayer ID No: | *******8054 | | | |
| For Period Ending: | 05/27/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/30/14 | 2 | Annie & Kerry Jackson | | 1110-000 | 32,560.00 | | 32,560.00 |
| | | 2900 Maple Ave., Unit 20C | | | | | |
| | | Downers Grove, IL | | | | | |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 32,550.00 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.82 | 32,503.18 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.32 | 32,454.86 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.25 | 32,406.61 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency | | 2300-000 | | 18.52 | 32,388.09 |
| | | 60 E. 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, NY  10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.51 | 32,344.58 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.08 | 32,296.50 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.47 | 32,250.03 |

| Account *******7699 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 1 | Deposits | | 32,560.00 | 1 | Checks | 18.52 |
| 0 | Interest Postings | | 0.00 | 7 | Adjustments Out | 291.45 |
| | Subtotal | $ | 32,560.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | | 0.00 | | Total | $ 309.97 |
| 0 | Transfers In | | 0.00 | | | |
| | Total | $ | 32,560.00 | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 14-18756 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | JACKSON, ANNIE L. | Bank Name: | ASSOCIATED BANK |
| | JACKSON, KERRY L. | Account Number / CD #: | *******7699 Checking Account |
| Taxpayer ID No: | *******8054 | | |
| For Period Ending: | 05/27/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/ GINA B. KROL   Date: 05/27/15
GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 27, 2015 |
|---|---|---|---|---|---|---|
| Case Number: 14-18756<br>Debtor Name: JACKSON, ANNIE L. | | Priority Sequence<br>Joint Debtor: JACKSON, KERRY L. | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 001<br>3110-00 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,822.50 | $1,822.50 |
| 001<br>3120-00 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $11.38 | $11.38 |
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,130.26 | $2,130.26 |
| 000001<br>070<br>7100-90 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $299.73 | $299.73 |
| 000002<br>070<br>7100-90 | U.S. Small Business Administration<br>801 Tom Martin Drive, Suite 120<br>Birmingham, AL 35211 | Unsecured | | $0.00 | $8,618.89 | $8,618.89 |
| 000003<br>070<br>7100-90 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $600.32 | $600.32 |
| 999<br>8200-00 | ANNIE L. JACKSON<br>KERRY L. JACKSON<br>DOWNERS GROVE, IL 60515 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 999<br>8200-00 | ANNIE L. JACKSON<br>KERRY L. JACKSON<br>DOWNERS GROVE, IL 60515 | Unsecured | | $0.00 | $0.00 | $18,757.38 |
| BOND<br>999<br>2300-00 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | Administrative | | $0.00 | $18.52 | $18.52 |
| | Case Totals: | | | $0.00 | $13,501.60 | $32,258.98 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-18756 DRC
Case Name: JACKSON, ANNIE L.
            JACKSON, KERRY L.
Trustee Name: GINA B. KROL

Balance on hand                                         $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Other: Adams Levine Surety Bond Agency | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses         $ _____
Remaining Balance                                              $ _____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ | $ | $ |
| 000002 | U.S. Small Business Administration 801 Tom Martin Drive, Suite 120 Birmingham, AL 35211 | $ | $ | $ |
| 000003 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors          $_____

    Remaining Balance          $_____

    Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of      % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $      . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $           .