**UNITED STATES BANKRUPTCY COURT**

NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JACKSON, ANNIE L. | § | Case No. 14-18756 DRC |
| JACKSON, KERRY L. | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          JEFFREY P. ALLSTEADT
          219 S. Dearborn Street
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/10/2015 in Courtroom 241,

          Kane County Courthouse
          100 S. Third Street
          Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/08/2015          By: JEFFREY P. ALLSTEADT
                                                      Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
JACKSON, ANNIE L. § Case No. 14-18756 DRC
JACKSON, KERRY L. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 32,560.00 |
| and approved disbursements of | $ | 309.97 |
| leaving a balance on hand of[1] | $ | 32,250.03 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 2,130.26 | $ 0.00 | $ 2,130.26 |
| Attorney for Trustee Fees: Cohen & Krol | $ 1,822.50 | $ 0.00 | $ 1,822.50 |
| Other: Adams Levine Surety Bond Agency | $ 18.52 | $ 18.52 | $ 0.00 |
| Other: Cohen & Krol | $ 11.38 | $ 0.00 | $ 11.38 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 3,964.14 |
| Remaining Balance | $ | 28,285.89 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,518.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ 299.73 | $ 0.00 | $ 299.73 |
| 000002 | U.S. Small Business Administration 801 Tom Martin Drive, Suite 120 Birmingham, AL 35211 | $ 8,618.89 | $ 0.00 | $ 8,618.89 |
| 000003 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ 600.32 | $ 0.00 | $ 600.32 |

Total to be paid to timely general unsecured creditors     $     9,518.94

Remaining Balance     $     18,766.95

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 9.57 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 18,757.38 .

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                       Case No. 14-18756-DRC
Annie L. Jackson                                             Chapter 7
Kerry L. Jackson
        Debtors
                                CERTIFICATE OF NOTICE
District/off: 0752-1          User: adragonet           Page 1 of 1          Date Rcvd: Jun 08, 2015
                              Form ID: pdf006           Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2015.
db/jdb         +Annie L. Jackson,    Kerry L. Jackson,    2900 Maple Avenue, Apt. 20 C,
                 Downers Grove, IL 60515-4141
21949258        Anchor Oak Park 2002-LOC,    75 Remittance Drive,    Department 1620,    Chicago, IL 60675-1620
21949259       +Capital One Bank,    4851 Cox Road,    Glen Allen, VA 23060-6293
22556660        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
21949260       +Freedman Anselmo Lindberg, LLC,    1771 W. Diehl Road,    Suie 150,,    Naperville, IL 60563-1828
21949261        Medical Recovery Specialists, LLC,    PO Box 1022,    Wixom, MI 48393-1022
21949262        Rush Oak Park Hospital,    Rush Oak Park ER Physicians,    Department 4672,
                 Carol Stream, IL 60122-4672
21949263        Rush Oak Park Physicians Group,    75 Remittance Drive,    Department 1620,
                 Downers Grove, IL 60515-4141
21949264        Rush University Medical Group,    75 Remittance Drive,    Department 1611,
                 Chicago, IL 60675-1611
21971154       +Wells Fargo Bank, N.A.,    c/o Codilis & Associates, PC,    15W030 N. Frontage Rd., Suite 100,
                 Burr Ridge, IL 60527-6921
21949266       +Wells Fargo Dealer Services,    PO Box 25341,    Santa Ana, CA 92799-5341
21949267       +Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21949265       +E-mail/Text: birminghamtops@sba.gov Jun 09 2015 01:19:50     Small Business Administration,
                 PO Box 740192,   Atlanta, GA 30374-0192
22574492       +E-mail/Text: birminghamtops@sba.gov Jun 09 2015 01:19:50     U.S. Small Business Administration,
                 801 Tom Martin Drive, Suite 120,   Birmingham, AL 35211-6424
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22617957*       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
                                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2015 at the address(es) listed below:
              Christopher J Stasko    on behalf of Creditor    Wells Fargo Bank, N.A. ND-Four@il.cslegal.com
              E. Philip Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              R. Daniel Lyons    on behalf of Joint Debtor Kerry L. Jackson rdaniellyons@sbcglobal.net,
               rdaniellyons@comcast.net;rdaniellyons@aol.com
              R. Daniel Lyons    on behalf of Debtor Annie L. Jackson rdaniellyons@sbcglobal.net,
               rdaniellyons@comcast.net;rdaniellyons@aol.com
                                                                                             TOTAL: 9
```