UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
JACKSON, ANNIE L. § Case No. 14-18756 DRC
JACKSON, KERRY L. §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 102,000.00
*(Without deducting any secured claims)* | Assets Exempt: 198,405.00 |
| Total Distributions to Claimants: 9,528.51 | Claims Discharged
Without Payment: 3,171.55 |
| Total Expenses of Administration: 4,274.11 | |

3) Total gross receipts of $ 32,560.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 18,757.38  (see **Exhibit 2**), yielded net receipts of $ 13,802.62  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 177,500.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,274.11 | 4,274.11 | 4,274.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 12,471.74 | 9,518.94 | 9,518.94 | 9,528.51 |
| **TOTAL DISBURSEMENTS** | $ 189,971.74 | $ 13,793.05 | $ 13,793.05 | $ 13,802.62 |

4) This case was originally filed under chapter 7 on 05/19/2014 . The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/30/2015     By:/s/GINA B. KROL
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CONDO: 2900 MAPLE AVENUE, UNIT 20 C, DOWNERS GROVE | 1110-000 | 32,560.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 32,560.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ANNIE L. JACKSON | Surplus Funds Paid to Debtor  726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 18,757.38 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 18,757.38** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Wells Fargo Dealer Services PO Box 25341 Santa Ana, CA 92799 |  | 12,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Mortgage P.O. Box 10335 Des Moines, IA 50306 | | 165,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 177,500.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 2,130.26 | 2,130.26 | 2,130.26 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 18.52 | 18.52 | 18.52 |
| ASSOCIATED BANK | 2600-000 | NA | 291.45 | 291.45 | 291.45 |
| COHEN & KROL | 3110-000 | NA | 1,215.00 | 1,215.00 | 1,215.00 |
| GINA B. KROL | 3110-000 | NA | 607.50 | 607.50 | 607.50 |
| COHEN & KROL | 3120-000 | NA | 11.38 | 11.38 | 11.38 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 4,274.11 | $ 4,274.11 | $ 4,274.11 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anchor Oak Park 2002-LOC 75 Remittance Drive Department 1620 Chicago, IL 60675-1620 | | 286.63 | NA | NA | 0.00 |
| | Medical Recovery Specialists, LLC PO Box 1022 Wixom, MI 48393-1022 | | 36.75 | NA | NA | 0.00 |
| | Medical Recovery Specialists, LLC PO Box 1022 Wixom, MI 48393-1022 | | 80.08 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rush Oak Park Hospital Rush Oak Park ER Physicians Department 4672 Carol Stream, IL 60122-4672 | | 823.67 | NA | NA | 0.00 |
| | Rush Oak Park Hospital Rush Oak Park ER Physicians Department 4672 Carol Stream, IL 60122-4672 | | 1,379.97 | NA | NA | 0.00 |
| | Rush Oak Park Physicians Group 75 Remittance Drive Department 1620 Downers Grove, IL 60515-4141 | | 39.60 | NA | NA | 0.00 |
| | Rush Oak Park Physicians Group 75 Remittance Drive Department 1620 Downers Grove, IL 60515-4141 | | 508.50 | NA | NA | 0.00 |
| | Rush University Medical Group 75 Remittance Drive Department 1611 Chicago, IL 60675-1611 | | 16.35 | NA | NA | 0.00 |
| 000001 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | 300.00 | 299.73 | 299.73 | 299.73 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | 600.19 | 600.32 | 600.32 | 600.32 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | U.S. SMALL BUSINESS ADMINISTRATION | 7100-900 | 8,400.00 | 8,618.89 | 8,618.89 | 8,618.89 |
|  | CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | NA | 0.30 |
|  | U.S. SMALL BUSINESS ADMINISTRATION | 7990-000 | NA | NA | NA | 2.92 |
|  | JACKSON, ANNIE L. | 7990-002 | NA | NA | NA | 6.35 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 12,471.74 | $ 9,518.94 | $ 9,518.94 | $ 9,528.51 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-18756 DRC Judge: Donald R. Cassling | | Trustee Name: | GINA B. KROL |
| Case Name: | JACKSON, ANNIE L. | | Date Filed (f) or Converted (c): | 05/19/14 (f) |
| | JACKSON, KERRY L. | | 341(a) Meeting Date: | 06/17/14 |
| For Period Ending: | 09/30/15 | | Claims Bar Date: | 12/29/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOUSE: 2123 SOUTH 24TH AVENUE, BROADVIEW, IL 60155 | 90,000.00 | 0.00 | | 0.00 | FA |
| 2. CONDO: 2900 MAPLE AVENUE, UNIT 20 C, DOWNERS GROVE | 30,000.00 | 32,560.00 | | 32,560.00 | FA |
| 3. VACANT LAND: 2.3 ACRES, OWN OUTRIGHT. LOCATED IN R | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS | 100.00 | 0.00 | | 0.00 | FA |
| Personal Checking: JP Morgan Chase Bank, PO Box 659732, San Antonio, TX 78265 Account: -6954 | | | | | |
| 5. FINANCIAL ACCOUNTS | 100.00 | 0.00 | | 0.00 | FA |
| Personal Checking: Account No.: -4327 JP Mortgage Chase Bank, PO Box 659732, San Antonio, TX 78265 | | | | | |
| 6. FINANCIAL ACCOUNTS | 30.00 | 0.00 | | 0.00 | FA |
| Personal Checking Account: Auburn Bank, PO Box 3110, Auburn, AL Acct. No.: -1452 | | | | | |
| 7. HOUSEHOLD GOODS | 200.00 | 0.00 | | 0.00 | FA |
| Used electronics, tables, chairs, sofa, bed | | | | | |
| 8. HOUSEHOLD GOODS | 300.00 | 0.00 | | 0.00 | FA |
| Used and second hand bedroom and living room furnishings and appliances. | | | | | |
| 9. BOOKS / COLLECTIBLES | 25.00 | 0.00 | | 0.00 | FA |
| Used books, family pictures, knick knacks | | | | | |
| 10. WEARING APPAREL | 150.00 | 0.00 | | 0.00 | FA |
| Used seasonal clothing, shoes, and outerwear. | | | | | |
| 11. PENSION / PROFIT SHARING | 156,000.00 | 0.00 | | 0.00 | FA |
| IRA Pension: JP Morgan Chase Bank, PO Box 659732, San Antonio, TX 78265: Account No. - 2493 | | | | | |
| 12. VEHICLES | 10,000.00 | 0.00 | | 0.00 | FA |
| 2010 GMC Terrain | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 14-18756 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | JACKSON, ANNIE L. | | | Date Filed (f) or Converted (c): | 05/19/14 (f) |
| | JACKSON, KERRY L. | | | 341(a) Meeting Date: | 06/17/14 |
| | | | | Claims Bar Date: | 12/29/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. VEHICLES  2011 Buick Lucerne | 12,000.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $300,405.00 | $32,560.00 | | $32,560.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted to UST for review
May 27, 2015, 02:24 pm

Trustee to review claims
October 22, 2014, 12:19 pm

Trustee negotiated right, title and interest sale of equity in r/e
September 25, 2014, 02:18 pm

Initial Projected Date of Final Report (TFR): 12/31/15      Current Projected Date of Final Report (TFR): 12/31/15

    /s/      GINA B. KROL
_____      Date: 09/30/15
    GINA B. KROL

LFORM1                                                                                                                                                                                         Ver: 18.05
**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-18756 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | JACKSON, ANNIE L. | | Bank Name: | ASSOCIATED BANK |
| | JACKSON, KERRY L. | | Account Number / CD #: | *******7699 Checking Account |
| Taxpayer ID No: | *******8054 | | | |
| For Period Ending: | 09/30/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/30/14 | 2 | Annie & Kerry Jackson<br>2900 Maple Ave., Unit 20C<br>Downers Grove, IL | | 1110-000 | 32,560.00 | | 32,560.00 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 32,550.00 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.82 | 32,503.18 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.32 | 32,454.86 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.25 | 32,406.61 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | | 2300-000 | | 18.52 | 32,388.09 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.51 | 32,344.58 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.08 | 32,296.50 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.47 | 32,250.03 |
| 07/10/15 | 030002 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys Fees | 3110-000 | | 1,215.00 | 31,035.03 |
| 07/10/15 | 030003 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys Expenes | 3120-000 | | 11.38 | 31,023.65 |
| 07/10/15 | 030004 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee's Fees | 2100-000 | | 2,130.26 | 28,893.39 |
| 07/10/15 | 030005 | Gina B. Krol | Final Distribution<br>Attorneys Fees | 3110-000 | | 607.50 | 28,285.89 |
| 07/10/15 | 030006 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent | Final Distribution<br>(1-1) Modified on 10/24/14 to | | | 299.83 | 27,986.06 |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Ver: 18.05

FORM 2     Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 14-18756 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | JACKSON, ANNIE L. | | Bank Name: | ASSOCIATED BANK |
| | JACKSON, KERRY L. | | Account Number / CD #: | *******7699 Checking Account |
| Taxpayer ID No: | *******8054 | | | |
| For Period Ending: | 09/30/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 71083<br>Charlotte, NC 28272-1083 | correct creditor's name. (AD)<br><br>Claim    299.73<br>Interest    0.10 | <br><br>7100-900<br>7990-000 | | | |
| 07/10/15 | 030007 | U.S. Small Business Administration<br>801 Tom Martin Drive, Suite 120<br>Birmingham, AL 35211 | Final Distribution<br>(2-1) SBA Disaster Loan<br><br>Claim    8,618.89<br>Interest    2.92 | <br><br><br>7100-900<br>7990-000 | | 8,621.81 | 19,364.25 |
| 07/10/15 | 030008 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution<br>(3-1) Modified on 11/12/14 to<br>correct creditor's name. (AD)<br><br>Claim    600.32<br>Interest    0.20 | <br><br><br><br>7100-900<br>7990-000 | | 600.52 | 18,763.73 |
| 07/10/15 | 030009 | ANNIE L. JACKSON<br>KERRY L. JACKSON<br>DOWNERS GROVE, IL 60515 | Final Distribution<br>Surplus Funds<br><br>Claim    18,757.38<br>Interest    6.35 | <br><br><br>8200-002<br>7990-000 | | 18,763.73 | 0.00 |

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 14-18756 -DRC |
| Case Name: | JACKSON, ANNIE L. |
| | JACKSON, KERRY L. |
| Taxpayer ID No: | *******8054 |
| For Period Ending: | 09/30/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7699 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account *******7699 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 32,560.00 | 9 | Checks | 32,268.55 |
| | 0 | Interest Postings | 0.00 | 7 | Adjustments Out | 291.45 |
| | | Subtotal | $ 32,560.00 | 0 | Transfers Out | 0.00 |
| | | | | | Total | $ 32,560.00 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 32,560.00 | | | |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 09/30/15

GINA B. KROL

LFORM2T4 UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Ver: 18.05